Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MISTY SHAFOR**

      Plaintiff,

    v.

**Commissioner of Social Security**,

      Defendant.

6:14-CV-1577-CL

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,529.08. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

    It is so ORDERED

    Dated this 16 day of September, 2015

                                                       United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1